**Order entered September 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00545-CR

**PROMISE LASHAWN KELLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-56130-I**

## ORDER

The Court **ORDERS** court reporter Karren Jones to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 157, 158, 159, 160, 160, 162, 163, and 179, DVDs.

We **DIRECT** the Clerk to send copies of this order to Karren Jones, court reporter, Auxiliary Court, and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE